IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CATHERINE MCMAHAN, et al. )<br>    Plaintiffs ) <br> ) | |
| V.                                              ) | Civil Action No. 5:21-00219-OLG |
| ) <br> JOHN W. PETRY, et al.                 )<br>    Defendants                        ) | |

REQUEST FOR ENTRY OF DEFAULT

Comes now plaintiffs Catherine H. McMahan, as Conservator of Lawrence G. Hancock, H. Sycamore Creek Ranch L.P., and H. Sycamore Creek Ranch Management GP, LLC (hereinafter collectively "Plaintiffs") and hereby request the Clerk to enter a default against the defendant J. Patrick Rouse on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure. In support of this Request for Entry of Default, Plaintiffs attach as Exhibit A "Affidavit in Support of Request for Entry of Default."

Plaintiffs, therefore, requests that the Clerk enter the "Entry of Default" attached hereto as Exhibit B.

Dated: April 7, 2021.

Respectfully submitted,

*/s/ Shane Langston*
Shane F. Langston, Esq.
Attorney for Plaintif

CERTIFICATE OF SERVICE

I, Shane Langston, hereby certify that on the below date I served the above on all counsel of record via the Court's electronic filing service.

Dated: April 7, 2021.

*/s/ Shane Langston*
Shane F. Langston, Esq.
Attorney for Plaintiffs